**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **DERICK DERBAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 24-cv-01060-JPG** |
| | ) | |
| **JACKSON COUNTY SHERIFF'S** | ) | |
| **OFFICE**, etc., | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOHN/JANE DOE IDENTIFICATION ORDER

**GILBERT, District Judge:**

This matter is before the Court *sua sponte* for case management purposes.  This Order sets forth the process and procedures for the identification and substitution of Jackson County Sheriff's Office Employees 1 and 2.

### Identification of Jackson County Sheriff's Office Employees 1 and 2

Plaintiff is proceeding against two groups of unknown defendants, Jackson County Sheriff's Office Employees 1 and 2 and Williamson County Sheriff's Office Employees 1 and 2. (Doc. 6).  The Sheriffs of Jackson County and Williamson County were added as Defendants in an official capacity for the purpose of assisting with the identification of these unknown defendants.  *Id*.  The Sheriff of Jackson County has now filed a notice of appearance (Doc. 8).

The exchange of information for the purpose of identifying Jackson County Sheriff's Office Employees 1 and 2 shall proceed according to the following schedule: [1]

---

[1] The Sheriff of Williamson County has not yet appeared. Once an appearance is one file, the Court will enter a separate schedule for the identification of Williamson County Sheriff's Office Employees 1 and 2.

1. Plaintiff shall have until **July 3, 2024** to file a Notice with the Court, and provide to the Sheriff's attorney, any information he possesses which will help identify Jackson County Sheriff's Office Employees 1 and 2, such as: physical description(s), gender, rank, partial name(s)/nickname(s), specific job assignment(s), shift times, and locations and dates where Plaintiff interacted with Employees 1 and 2.

2. The Sheriff shall have until **July 24, 2024** to file a Notice with the Court and provide Plaintiff the identity of Jackson County Sheriff's Office Employees 1 and 2.  If the Sheriff is unable to identify Jackson County Sheriff's Office Employees 1 and 2, he/she shall provide Plaintiff with any document or information, including photographs and videos, that may assist in the identification of Employees 1 and 2[2] by the same deadline. The Sheriff shall contemporaneously file an affidavit with the Court certifying the steps taken to identify each unknown Defendant based on the information provided or available to the Sheriff.

3. Plaintiff shall have until **August 14, 2024** to file a motion to substitute specific Defendants for Jackson County Sheriff's Office Employees 1 and 2 or, if either one remains unidentified, to file a motion specifying additional steps that can be taken to identify Employee 1 and/or 2.

**Plaintiff's failure to comply with this Order and to identify Jackson County Sheriff's Office Employees 1 and 2 within the required timeframe will result in the dismissal of Jackson County Sheriff's Office Employees 1 and/or 2 from the action. FED. R. CIV. P. 41(b).**

---

[2] Such documents may include, for example, incident reports; grievances or other related materials, such as responses, grievance logs and counselor's notes; disciplinary tickets, along with any documents related to the resolution of the tickets; Plaintiff's cumulative counseling summary or other log of interactions with staff during the relevant time; correspondence with the chaplain; shakedown slips; and copies of relevant medical records, provided Plaintiff has executed the required release form.

The Sheriff's failure to comply with this Order in a good faith effort to identify **Jackson County Sheriff's Office Employees 1 and 2** may result in the imposition of sanctions.

**IT IS SO ORDERED.**

**DATED: 6/12/2024**

s/J. Phil Gilbert
United States District Judge